# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONYA JOHNSON, : | CIVIL ACTION |
| Plaintiff, : | |
| : | NO. 12-4690 |
| v. : | |
| : | |
| MICHAEL J. ASTRUE, Commissioner of : | |
| the Social Security Administration, : | |
| Defendant. : | |

## O R D E R

**AND NOW,** this 26th day of July, 2013, upon consideration of the Complaint and Request for Review filed by plaintiff, Sonya Johnson, the record in this case, and the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells dated May 17, 2013, and Plaintiff's Objections to Report and Recommendation, **IT IS ORDERED** as follows:

1. The Report and Recommendation of Chief Magistrate Judge Carol Sandra Moore Wells is **APPROVED** and **ADOPTED**;

2. Plaintiff's Objections to Report and Recommendation are **OVERRULED**;

3. The relief requested in the Complaint and the Request for Review is **GRANTED** to the extent plaintiff seeks a remand to the Commissioner of the Social Security Administration and **DENIED** in all other respect;

4. The Case is **REMANDED** to the Commissioner of the Social Security Administration pursuant to sentence four (4) of 42 U.S.C. § 405(g) so that the Administrative Law Judge can: (a) consider plaintiff's carpal tunnel syndrome in combination with all of her other impairments in order to re-assess whether she can perform her past relevant job as a claims

clerk and, if not, whether she is disabled; and (b) re-evaluate plaintiff's credibility in order to re-assess whether she can perform her past relevant job as a claims clerk and, if not, whether she is disabled.

**BY THE COURT:**

　S/ Jan E. DuBois　　
**JAN E. DUBOIS, J.**